# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138393

GERALDINE J. GLOD,
   Plaintiff-Appellant,

v

CLINTON RIVER CRUISE COMPANY, INC.,
   Defendant,
   Third-Party Plaintiff-Appellee,
and

DSI INDUSTRIES, INC., d/b/a DOOR
SOLUTIONS, and EVANGELICAL HOMES
OF MICHIGAN, d/b/a PATHWAYS
TRANSITION CARE,
   Defendants,
and

JANET YOUNG,
   Third-Party Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138393
COA: 279422
Macomb CC: 05-004973-NO

On order of the Court, the application for leave to appeal the January 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

0615